## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| FARLAP DEVELOPMENT CORPORATION | : | CHAPTER 11 |
| | : | |
| | : | |
| Debtor | : | CASE NO. 12-50710 |

### ORDER AUTHORIZING APPOINTMENT OF COUNSEL

Upon the Application of the above-named Debtor, praying for authority to employ and appoint Zeisler & Zeisler, P.C., under a general retainer to represent it as debtor-in-possession herein, and upon the Affidavit of Matthew K. Beatman, and it appearing that said Zeisler & Zeisler, P.C. are attorneys duly admitted to practice in this Court, and the Court being satisfied that Zeisler & Zeisler, P.C. represents no interest adverse to said debtor-in-possession herein, or to its estate, and are disinterested persons in the matters upon which it is to be engaged, and its employment is necessary and would be in the best interest of the estate, it is hereby

ORDERED, that Farlap Development Corporation, as debtor-in-possession herein, be and it hereby is authorized to employ Zeisler & Zeisler, P.C. to represent it as debtor-in-possession under a general retainer in and within proceedings under Chapter 11 of the Bankruptcy Code; and it is further

ORDERED that the effective date of this order shall be the date the above-captioned petition was filed; and it is further

ORDERED, that prior to being paid from the above captioned estate, Zeisler & Zeisler, P.C. is directed to apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of Bankruptcy Procedure.

Dated: June 5, 2012                                                By the court

                                                                                    Alan H. W. Shiff
                                                                          United States Bankruptcy Judge