UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

In Re:                                          Case No. 12-50710-AHWS
                                                Chapter 11
FARLAP DEVELOPMENT
CORPORATION,

                    Debtor.

---

DAIMLER TRUST,

                    Movant,

            -vs-

FARLAP DEVELOPMENT CORPORATION,

                    Respondent.

---

**NOTICE OF BAR DATE FOR
OBJECTION TO ORDER**

The undersigned (the "Movant") has filed the following documents:

(1)     Motion for Relief from Automatic Stay (the "contested matter"), and

(2)     A Proposed Order;

a copy of each is attached to this Notice.

**IMPORTANT NOTICE**:  Unless you file with the Clerk, and serve upon the undersigned Movant, an Objection to the referenced pleading no later than October 9, 2012, the Proposed Order may enter without a hearing or any further notice.

**PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED.**  You should read the attached documents carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

DATED:          September 24, 2012                    Respectfully Submitted,
                                                      Attorney for DAIMLER TRUST,

                                                      By:

                                                      /s/ Martin A. Mooney_____ _____
                                                      Martin A. Mooney, Esq.
                                                      DEILY, MOONEY & GLASTETTER, LLP
                                                      Federal ID#17960
                                                      c/o Keith K. Fuller, Esq.
                                                      Law Offices of Keith K. Fuller
                                                      141 Hazard Avenue
                                                      Enfield, Connecticut  06082
                                                      Tel (518) 436-0344
                                                      E-Mail: mmooney@deilylawfirm.com

12.03932